IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DELWRICK D. COLEMAN                                                                    PLAINTIFF
ADC #656538

v.                          Case No. 3:18-cv-00146-KGB-JTK

BALLARD, *et al*.                                                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice for failure to state a claim upon which relief may be granted. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

It is so adjudged, this this 19th day of December, 2019.

_____
Kristine G. Baker
United States District Judge